1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No.  1:15-cv-00201-MCE-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| AMY E. KNOWLES, Trustee of the T.M.T.&T. 2009 TRUST dated November 20, 2009, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Amy E. Knowles, Trustee of the T.M.T.&T. 2009 Trust dated November 20, 2009; and Redding Roofing Supply, Inc. dba R & S Supply, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 29, 2015                MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff
                                    Jose Escobedo

Date: April 29, 2015                REESE, SMALLEY, WISEMAN
                                    & SCHWEITZER, LLP


                                    */s/ Joshua J. Divine*
                                    Joshua J. Divine
                                    Attorneys for Defendants
                                    Amy E. Knowles, Trustee of the T.M.T.&T. 2009
                                    Trust dated November 20, 2009; and Redding
                                    Roofing Supply, Inc. dba R & S Supply

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  May 8, 2015

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT